To whom it may concern,

My name is Julie Clark (Noeson) and I am the wife of Frank Noeson III. We have been legally married for almost 21 years and I have known him for close to 35 years. He is a wonderful father to our 12 year old son who he is constantly teaching, coaching and nurturing to be the best he can be. Frank has been known in our community as a teacher and coach who has had significant impact on the students of Spriingville GI. His students leave his classroom after a year not only having advanced in the curriculum, but having become better people. Frank helps to instill high levels of respect amongst his students. In his classroom he creates high standards of excellence in academics while equally ensuring students are courteous and maintain healthy self-esteem. Mr. Noeson also shows all of these qualities in his lengthy coaching career. Over his 24 years of teaching, he has coached almost every season putting him somewhere over the 50 season mark. The athletes respect Frank both on and off of the field/court. As in his classroom and with our son, Frank raises the bar for these students, expecting nothing but greatness from them. Not only does he push them athletically, but he challenges them to become the kind of young people that contribute to their communities and most importantly, are kind and caring. I believe that Frank Noeson has all of these important qualities that he inspiring our son and his students to have.

Thank you,

Julie Clark (Noeson)

From: Julie Noeson jnoeson@gmail.com
Subject: Fwd: Support letter
Date: May 2, 2023 at 4:13:34 AM
To: mark byrne mbyrne@lawofficemjb.com

Begin forwarded message:

**From:** Crystal Sopko
**Subject: Support letter**
**Date:** April 30, 2023 at 10:30:02 PM EDT
**To:**

To Whom It May Concern:

I am writing this letter as a character reference for my co-worker - Frank Noeson. I have known Frank for the past 20 years. Frank and I had a great friendship from the day he was hired. Being the senior secretary in the office, I watched Frank over the years grow to be one of our most sought after teacher both by parents and students. Every year we would receive numerous teacher request letters from parents requesting Mr. Noeson for their child's teacher. The common denominator in every letter was "the male positive role model" wanted for their child's teacher.

The principal that hired Frank was so proud of the teacher that Frank became. This principal got diagnosed with Parkinson's and suffered horribly. Frank was the one teacher we could always count on to help when things got real bad for my principal at the end of his career/life. He spoke in support of our principal to co-workers, parents etc.

My nephew had Mr. Noeson as a teacher for third grade and then again in fifth grade. My nephew got diagnosed with auditory processing in second grade and had three negative years of school. Mr. Noeson gave my nephew the tools, support, and extra help to raise my nephew's self esteem. All through third grade he began to excel and my sister gave Mr. Noeson all the credit for the dramatic

change of attitude, grades and success. My nephew was fortunate to have Mr. Noeson again for fifth grade. My nephew is now 22 yrs old and will tell you to this day that Mr. Noeson was his favorite teacher of all time even 4 years of college!

Both my granddaughters had Mr. Noeson for their fifth grade teachers in the past 5 years. Even our conversation today both said he was a great teacher and they both saw him as a teacher who held his students accountable and made learning fun. Both said he was their favorite.

Just a few weeks ago one of Mr. Noeson's senior tennis players became disrespectful when I told him he had to wait until dismissal was over before he could go down the hall. Mr. Noeson got wind of it from one of his other players and ten minutes later that student was in my office offering a sincere apology. The next morning Frank stopped by my desk inquiring if I got a sincere apology from that player. He demanded his players and students to always demonstrate respect at school.

In conclusion, I don't know what else I can say other than I believe my friend Frank needs some serious help. I believe he needs to be with people that love him and will be sure he gets the help he needs. Sitting in a cell, will not get him to a place to face his future. He needs his son and father as much as his son and father need him right now. I do not think Mr. Noeson is a threat to our community or will be a problem to any community or school. I believe he will do everything in his power to get the help he needs.

Sincerely,

Crystal Sopko
Sr. Clerk Steno

**From:** Danielle ███████
**Subject:** Frank Noeson
**Date:** May 1, 2023 at 11:05:39 AM
**To:** mark byrne mbyrne@lawofficemjb.com

My name is Danielle Carter. I have known Frank for over 22 years. He has been a close friend of mine and my family. He is my youngest sons godfather. I know his family well. He coached both of my sons in basketball. He has a great reputation as a teacher and a coach. I've always seen him carry himself in a professional manner. He is a well respected member of the community in which students admire and look up to as a teacher and a coach. As a mother in this community, I feel perfectly safe if Frank is released pending his trail.

Thank you,
Danielle Carter

Good afternoon Mr Byrne,
I apologize to have to send an email but I am traveling for work and forgot my computer.

To whom it may concern:
My name is Chad Keenan and Frank has been my cousin for 45 + years as he is my cousin.  We grew up together and developed a deep friendship that goes beyond him being my cousin.  We've spent plenty of vacations over the years together and have had the pleasure of knowing his wife, being the best man at his wedding and being able to have involvement t in raising his son Avery.

Frank has always dedicated his time to coaching & mentoring the youth in Springville abd soyriybding areas.  He is not a detriment but an asset to the community and I hope this mistake does not take away from that opinion of him.

Thank you for your time & consideration

Chad Keenan

Sent from my iPhone

To whom it may concern:

We are the parents of Frank E Noeson III. We have had a very close relationship for his lifetime of 46 years. Frank is a loving and caring father to his son. He has a strong and solid connection with his 12 year old who he sees daily and supports emotionally and financially. He is a devoted teacher and coach to his students. As his father, I have been his assistant varsity golf coach and have had first hand experience with him and teen-aged students. He is well respected by his athletes and has high ecxpectations for them. They constantly meet and exceed these expectations both on and off of the playing field building their character and self-esteem. Community members have often commented on the positive impact he has had on their students and athletes. Thank you for your time.

Sincerely,

Frank and Sheila Noeson



Sent from my iPad

My name is Donna Straight, I am Frank Noeson's aunt and have been a big part of his life
since the day he was born.
I have watched him grow from up front and personal to the sidelines. Frank has been a role
model for children in education and training. I've attended his tennis, basketball and socker
games to witness he is an awesome coach and the kids love him.  He has also been an awesome
devoted father. His son Avery, friends and relatives are truly shocked and devastated of this charge.
For whatever reason this happened, this is not his character, he has always been a good kid.

Sincerely,

Donna Straight