UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

vs.

FRANK NOESON,
                Defendant.

---

**NOTICE OF MOTION**
23-mj-05095

**PLEASE TAKE NOTICE**, that FRANK NOESON, by his attorney, MARK J. BYRNE, ESQ., upon the annexed Affirmation and all the proceedings and papers heretofore had herein, moves for the following relief:

1. Extension of the Rule 48(b) Dismissal Date by 30 days; and

2. Such further relief deemed just and proper by this Court.

Buffalo, New York

October 31, 2023

Respectfully Submitted,

/s/ Mark J. Byrne

---

MARK J. BYRNE, ESQ.
56 Linwood Avenue
Buffalo, New York 14209
716.880.0719
mbyrne@lawofficemjb.com

TO:    AARON MANGO, AUSA.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

      vs.                                    **AFFIRMATION**

FRANK NOESON,
                Defendant.

---

**MARK J. BYRNE, ESQ.**, an attorney at law, pursuant to 28 U.S.C. §1746(2), declares the following under penalty of perjury:

1) I represent the Defendant, FRANK NOESON, in the above-entitled action brought by the United States of America and as such am familiar with the facts and circumstances of the case.

2) The Defendant appeared for an initial appearance on the Criminal Complaint on April 28, 2023.

3) With the agreement of the parties, the Court scheduled to dismiss the Complaint without prejudice pursuant to Rule 48(b) on July 28, 2023.

4) On July 25, 2023, your Affiant requested an adjournment of the Rule 48(b) date, which the Court adjourned until August 30, 2023.

5) On August 28, 2023, your Affiant requested a second adjournment of the Rule 48(b) date, which the Court adjourned until October 2, 2023.

6) On August 28, 2023, your Affiant requested a second adjournment of the Rule 48(b) date, which the Court adjourned until October 2, 2023.

1

7)    On September 28, 2023, your Affiant requested a third adjournment of the Rule 48(b) date, which the Court adjourned until November 7, 2023.

8)    Today, the Government has provided me their formal plea proposal.

9)    Therefore, I need additional time to speak to my Client regarding the plea agreement's contents.

10)   In order to accommodate the plea process, it is respectfully requested that the Court extend the current 48(b) date by 30 days.

11)   AUSA Aaron Mango has no objection to the relief requested in this motion.

12)   It is agreed that any extension granted by the Court is excludable under the Speedy Trial Act and Federal Rules of Criminal Procedure as it is in the interests of the Defendant and the public to seek a pre-indictment resolution.

**WHEREFORE**, the Defendant respectfully requests that the Court issue an ORDER granting the foregoing requested relief.

Buffalo, New York

October 31, 2023

Respectfully Submitted,

/s/ Mark J. Byrne

MARK J. BYRNE, ESQ.
56 Linwood Avenue
Buffalo, New York 14209
716.880.0719
mbyrne@lawofficemjb.com