UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

        vs.                                      **NOTICE OF MOTION**
                                                  23-mj-05095

FRANK NOESON,
                        Defendant.
_____

**PLEASE TAKE NOTICE**, that FRANK NOESON, by his attorney, MARK J. BYRNE, ESQ., upon the annexed Affirmation and all the proceedings and papers heretofore had herein, moves for the following relief:

1. Extension of the Rule 48(b) date while parties await a plea date; and

2. Such further relief deemed just and proper by this Court.

Buffalo, New York
January 2, 2024

                                                 Respectfully Submitted,

                                                 /s/ Mark J. Byrne
                                                 _____
                                                 MARK J. BYRNE, ESQ.
                                                 56 Linwood Avenue
                                                 Buffalo, New York 14209
                                                 716.880.0719
                                                 mbyrne@lawofficemjb.com

TO:    AARON MANGO, AUSA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

vs.                                                                 **AFFIRMATION**

FRANK NOESON,
                Defendant.

_____

**MARK J. BYRNE, ESQ.**, an attorney at law, pursuant to 28 U.S.C. §1746(2), declares the following under penalty of perjury:

1) I represent the Defendant, FRANK NOESON, in the above-entitled action brought by the United States of America and as such am familiar with the facts and circumstances of the case.

2) The Defendant appeared for an initial appearance on the Criminal Complaint on April 28, 2023.

3) With the agreement of the parties, the Court scheduled to dismiss the Complaint without prejudice pursuant to Rule 48(b) on July 28, 2023.

4) On July 25, 2023, your Affiant requested an adjournment of the Rule 48(b) date, which the Court adjourned until August 30, 2023.

5) On August 28, 2023, your Affiant requested a second adjournment of the Rule 48(b) date, which the Court adjourned until October 2, 2023.

6) On August 28, 2023, your Affiant requested a third adjournment of the Rule 48(b) date, which the Court adjourned until October 2, 2023.

7) On September 28, 2023, your Affiant requested a fourth adjournment of the Rule 48(b) date, which the Court adjourned until November 7, 2023.

8) On October 31, 2023, your Affiant requested a fifth adjournment of the Rule 48(b) date, which the Court adjourned until December 12, 2023.

9) On December 8, 2023, your Affiant requested a sixth adjournment of the Rule 48(b) date, which the Court adjourned until January 3, 2024.

10) In the interim, the parties have agreed to the Government's plea proposal.

11) Hon. Lawrence J. Vilardo was assigned to the matter but due to Hon. Vilardo's calendar, the parties requested that this matter be referred to this Court to facilitate the plea colloquy.

12) In order to accommodate the plea process, it is respectfully requested that the Court extend the current 48(b) date until the scheduling of the Defendant's plea.

13) AUSA Aaron Mango has no objection to the relief requested in this motion.

14) It is agreed that any extension granted by the Court is excludable under the Speedy Trial Act and Federal Rules of Criminal Procedure as it is in the interests of the Defendant and the public to seek a pre-indictment resolution.

**WHEREFORE**, the Defendant respectfully requests that the Court issue an ORDER granting the foregoing requested relief.

Buffalo, New York
January 2, 2024

Respectfully Submitted,

/s/ Mark J. Byrne

MARK J. BYRNE, ESQ.
56 Linwood Avenue
Buffalo, New York 14209
716.880.0719
mbyrne@lawofficemjb.com